**EULA J. NEILSON, a single woman, v. BILL BLYTHE**

31 So. (2nd) 64                    June Term, 1947
June 24, 1947                       Division B

*W. F. Finch* and *R. C. Prescott,* for appellant.
*J. R. Bullock,* for appellee.

PER CURIAM:

The decree is affirmed upon authority of McKinney v. Gainey, 96 Fla. 547, 118 So. 917 and Smith et al. v. Hope et al., 47 Fla. 295, 35 So. 865.

Affirmed.

THOMAS, C. J., BUFORD, ADAMS and BARNS, JJ., concur.